UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Case No. 23-5085 |
| | * | |
| DEPARTMENT OF DEFENSE, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Appellant Mark Moyar ("Moyar"), by and through undersigned counsel, hereby responds to the Court's Scheduling Order dated 25 April 2023 as follows:

### I.   Parties and Amici

The parties to this case are the Appellant Moyar and the Appellees Department of Defense and United States Agency for International Development. There are no *amici curiae* so far.

### II.   Ruling Under Review

Appellant seeks review of the order issued by the District Court (Kelly, J.) on 24 October 2022 and the Judgment issued by the District Court on 28 March 2023.

### III.   Related Cases

This case was not previously before this Circuit or any other court. There are currently no pending related cases.

Date: May 25, 2023

                                            Respectfully submitted,

                                           /s/ Kelly B. McClanahan
                                          Kelly B. McClanahan, Esq.
                                          D.C. Bar #984704
                                          National Security Counselors
                                          4702 Levada Terrace
                                          Rockville, MD  20853
                                          301-728-5908
                                          240-681-2189 fax
                                          Kel@NationalSecurityLaw.org

                                          *Counsel for Appellant*