**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5085
2. DATE DOCKETED: 04-25-2023
3. CASE NAME (lead parties only) Moyar v. DOD
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ◯ Private Civil ◯ Criminal ◯ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ◯ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 22-478
      Bankruptcy Court Docket No.
      Bankruptcy
      Tax Court Docket No.
      Tax
      Criminal
      Adversary
      Miscellaneous
      Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Timothy J. Kelly          Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 03-28-2023    e. Date notice of appeal filed: 04-21-2023
   f. Has any other notice of appeal been filed in this case? ◯ Yes ⦿ No  If YES, date filed:
   g. Are any motions currently pending in trial court? ◯ Yes ⦿ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ◯ Yes ⦿ No
      If NO, why not? No proceedings
   i. Has this case been before the Court under another appeal number? ◯ Yes Appeal # ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◯ Yes ⦿ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ⦿ Yes ◯ No
      If YES, give popular name and citation of statute APA, 5 U.S.C. 702
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ⦿ No  If so, provide program name and participation dates

Signature /s/ Kelly McClanahan          Date 05-25-2023
Name of Party Mark Moyar
Name of Counsel for Appellant/Petitioner Kelly McClanahan
Address National Security Counselors, 4702 Levada Terrace, Rockville, MD 20853
Phone ( 301 ) 728-5908    Fax ( 240 ) 681-2189

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**Save**  **Reset Form**  **Print Form**