# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARK MOYAR, | * |
| | * |
|    Appellant, | * |
| | * |
|    v. | *   Case No. 23-5085 |
| | * |
| DEPARTMENT OF DEFENSE, *et al.*, | * |
| | * |
|    Appellees. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

Appellant Mark Moyar, by and through undersigned counsel, hereby responds to the Court's Order dated 25 April 2023 as follows: Appellant does not intend to utilize a deferred joint appendix.

Date: May 25, 2023

                                          Respectfully submitted,

                                          /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                          *Counsel for Appellant*