# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Case No. 23-5085 |
| | * | |
| DEPARTMENT OF DEFENSE, *et al.*, | * | |
| | * | |
| | * | |
| Appellees. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF ISSUES TO BE RAISED

Appellant Mark Moyar ("Moyar"), by and through undersigned counsel, hereby responds to the Court's Scheduling Order dated 25 April 2023 as follows. This case involves the following questions:

1. Whether the District Court erred as a matter of fact and law in declining to strike inadmissible testimony?

2. Whether the District Court erred as a matter of fact and law in concluding that Moyar did not allege that he was entitled to receive the records he demanded because Appellee Department of Defense did not determine that he did not meet the standards for access to classified information.

Date: May 25, 2023

                                        Respectfully submitted,

                                         /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Appellant*