**Kel McClanahan, Esq.**

---

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, October 24, 2022 9:15 AM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-00478-TJK MOYAR v. DEPARTMENT OF DEFENSE et al Order on Motion to Strike |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/24/2022 at 9:15 AM and filed on 10/24/2022
**Case Name:**　MOYAR v. DEPARTMENT OF DEFENSE et al
**Case Number:**　[1:22-cv-00478-TJK](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER denying Plaintiff's [11] Motion to Strike Jones Declaration. Under Federal Rule of Civil Procedure 12(f), a "court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Motions to strike are drastic remedies that courts disfavor, and courts enjoy discretion to grant or deny them.** *Riddick v. Holland*, **134 F. Supp. 3d 281, 285 (D.D.C. 2015). Pleadings that can be stricken under Rule 12(f) include those outlined in Rule 7(a), like complaints and answers,** *see Henok v. Chase Home Fin., LLC*, **925 F. Supp. 2d 46, 52 (D.D.C. 2013), or documents filed in those pleadings' support,** *see Jud. Watch, Inc. v. U.S. Dep't of Com.*, **224 F.R.D. 261, 263 (D.D.C. 2004). But "'motions, affidavits, briefs and other documents [are] outside of the pleadings' and are not subject to being stricken."** *Henok*, **925 F. Supp. 2d at 5253 (citation omitted). Thus, declarations filed in support of motions also cannot be stricken under Rule 12(f).** *See, e.g., Shaw v. District of Columbia*, **No. 17-cv-738 (DLF/RMM), 2018 WL 5044248, at \*2 (D.D.C. Sept. 11, 2018);** *Meyer v. Panera Bread Co.*, **No. 17-cv-2565 (EGS/GMH), 2018 WL 5017747, at \*3 (D.D.C. Oct. 16, 2018). Here, Plaintiff moves to strike the Jones Declaration,** *see* **ECF No. 7-9, included as an exhibit to Defendants' [7] Motion to Dismiss. But as explained above, that document may not be stricken under Rule 12(f). Accordingly, it is hereby ORDERED that Plaintiff's [11] Motion to Strike is denied. It is further ORDERED that Plaintiff shall file his opposition to Defendants' [7] Motion to Dismiss by November 7, 2022, and Defendants shall file their reply by November 14, 2022. Signed by Judge Timothy J. Kelly on 10/24/2022. (lctjk2)**

**1:22-cv-00478-TJK Notice has been electronically mailed to:**

Kelly Brian McClanahan    kel@nationalsecuritylaw.org, ecf@nationalsecuritylaw.org

Sian Jones    sian.jones@usdoj.gov, CaseView.ECF@usdoj.gov

**1:22-cv-00478-TJK Notice will be delivered by other means to::**