[ORAL ARGUMENT NOT YET SCHEDULED]
No. 23-5085

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Mark Moyar,

Plaintiff-Appellant,

v.

United States Department of Defense, et al.,

Defendants-Appellees.

On Appeal from the United States District Court for the District of Columbia

CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

A. **Parties and Amici**

The plaintiff-appellant is Mark Moyar.

The defendants-appellees are the United States Department of Defense and the United States Agency for International Development.

B. **Rulings Under Review**

The plaintiff-appellant is appealing from the October 24, 2022 order and the March 28, 2023 judgment and opinion issued by the Honorable Timothy J. Kelly, United States District Court for the District of Columbia, in Case No. 22-cv-478, Dkt. Nos. 23 and 24. No citation to either order is currently available in the Federal

Supplement. The district court's October 24, 2022 order is not available on Westlaw or Lexis. The district court's March 28, 2023 opinion can be found at 2023 WL 2662915.

### C. Related Cases

The government is not aware of any related cases.

    Respectfully submitted,

    */s/ Joshua M. Salzman*
    JOSHUA M. SALZMAN
     202-532-4747
     Attorney, Appellate Staff
     Civil Division, Room 7258
     U.S. Department of Justice
     950 Pennsylvania Ave., N.W
     Washington, D.C. 20530
    *Counsel for Appellees*

JUNE 2023