**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Case No. 23-5085 |
| | * | |
| DEPARTMENT OF DEFENSE, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S CONSENT MOTION FOR ENLARGEMENT**
**OF TIME WITHIN WHICH TO FILE OPENING BRIEF**

Appellant hereby requests a 32-day extension of the deadline for filing his Opening Brief, until 25 August 2023. This Brief is due 24 July 2023. Appellees consent to this Motion.

Appellant has good cause to request this extension. The undersigned learned today that he will need to have several medical appointments in the near future which will adversely affect his ability to work on this and other cases. Additionally, he will be out of town for a week in August due to a family medical issue.

This is the first extension requested for this Brief.

Date: July 19, 2023

                        Respectfully submitted,

                        /s/ Kelly B. McClanahan
                        Kelly B. McClanahan, Esq.
                        D.C. Bar #984704
                        National Security Counselors
                        4702 Levada Terrace
                        Rockville, MD  20853
                        301-728-5908
                        240-681-2189 fax
                        Kel@NationalSecurityLaw.org

                        *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 221 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

 /s/ Kelly B. McClanahan  
Kelly B. McClanahan, Esq.
