# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5085**  **September Term, 2022**

**1:22-cv-00478-TJK**

**Filed On: July 21, 2023** [2008995]

Mark Moyar,

    Appellant

v.

United States Department of Defense and
United States Agency for International
Development,

    Appellees

**O R D E R**

Upon consideration of appellant's consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | September 15, 2023 |
| Appendix | September 15, 2023 |
| Appellees' Brief | October 16, 2023 |
| Appellant's Reply Brief | November 6, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk