# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARK MOYAR, | * |
| Appellant, | * |
| v. | *   Case No. 23-5085 |
| DEPARTMENT OF DEFENSE, *et al.*, | * |
| Appellees. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANT'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPENING BRIEF

Appellant hereby requests a four-day extension of the deadline for filing his Opening Brief, until 19 September 2023. This Brief is due today, 15 September 2023. Appellees consent to this Motion.

Appellant has good cause to request this extension, and the undersigned apologizes for not filing this Motion earlier. The undersigned's young child was injured in an accident yesterday and he has spent a significant amount of time yesterday and today caring for her, which has significantly adversely affected his ability to work.

This is the second extension requested for this Brief.

Date: September 15, 2023

                                                Respectfully submitted,

                                                 /s/ Kelly B. McClanahan  
                                               Kelly B. McClanahan, Esq.  
                                               D.C. Bar #984704  
                                               National Security Counselors  
                                               4702 Levada Terrace  
                                               Rockville, MD  20853  
                                               301-728-5908  
                                               240-681-2189 fax  
                                               Kel@NationalSecurityLaw.org

                                               *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 219 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
