# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5085**                                                        **September Term, 2023**

**1:22-cv-00478-TJK**

**Filed On: September 15, 2023** [2017221]

Mark Moyar,

        Appellant

   v.

United States Department of Defense and
United States Agency for International
Development,

        Appellees

### O R D E R

Upon consideration of appellant's consent motion for a brief extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | September 19, 2023 |
| Appendix | September 19, 2023 |
| Appellees' Brief | October 19, 2023 |
| Appellant's Reply Brief | November 9, 2023 |

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                          BY:     /s/
                                Michael C. McGrail
                                Deputy Clerk