# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5085**  September Term, 2023

1:22-cv-00478-TJK

Filed On: September 21, 2023 [2018267]

Mark Moyar,

    Appellant

  v.

United States Department of Defense and
United States Agency for International
Development,

    Appellees

## O R D E R

Upon consideration of appellant's unopposed *nunc pro tunc* motion for brief extension of time to file the opening brief and appendix, and the lodged opening brief and appendix, it is

**ORDERED** that the motion for extension of time be granted. The Clerk is directed to file the lodged documents.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:   /s/
                          Michael C. McGrail
                          Deputy Clerk