# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5085**　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　**1:22-cv-00478-TJK**

　　　　　　　　　　　　　　　　　　　**Filed On: September 28, 2023** [2019500]

Mark Moyar,

　　　　　Appellant

　　v.

United States Department of Defense and
United States Agency for International
Development,

　　　　　Appellees

## O R D E R

　　Upon consideration of appellees' unopposed motion for extension of time to file its brief, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | November 20, 2023 |
| Appellant's Reply Brief | December 11, 2023 |

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　Deputy Clerk