# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5085**                                                    **September Term, 2023**

**1:22-cv-00478-TJK**

**Filed On: November 17, 2023** [2027565]

Mark Moyar,

        Appellant

    v.

United States Department of Defense and
United States Agency for International
Development,

        Appellees

## O R D E R

Upon consideration of appellees' unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | December 4, 2023 |
| Appellant's Reply Brief | December 26, 2023 |

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                            BY:    /s/
                                           Michael C. McGrail
                                           Deputy Clerk