UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Case No. 23-5085 |
| | * | |
| DEPARTMENT OF DEFENSE, *et al.*, | * | |
| | * | |
| Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE REPLY BRIEF**

Appellant hereby requests a one-month extension of the deadline for filing his Reply Brief, until 26 January 2024. This Brief is due 26 December 2023. Appellees consent to this Motion.

Appellant has good cause to request this extension. His deadline for this filing was originally 11 December. However, on 15 November, Appellees requested (with Appellant's consent) and received a two-week extension, which naturally moved back Appellant's deadline as well. Due to this extension, the Christmas holiday falls squarely in the middle of the period allotted for Appellant's reply. Moreover, the undersigned already has several briefs due in several cases in January, and so he respectfully requests that this deadline be moved to the end of January, when his schedule can accommodate it.

This is the first extension requested for this brief.

Date: November 30, 2023

                                           Respectfully submitted,

                                           /s/ Kelly B. McClanahan
                                         Kelly B. McClanahan, Esq.
                                         D.C. Bar #984704
                                         National Security Counselors
                                         4702 Levada Terrace
                                         Rockville, MD  20853
                                         301-728-5908
                                         240-681-2189 fax
                                         Kel@NationalSecurityLaw.org

                                         *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 257 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan  
Kelly B. McClanahan, Esq.