# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5085**                                    **September Term, 2023**

**1:22-cv-00478-TJK**

**Filed On: December 1, 2023** [2029547]

Mark Moyar,

      Appellant

   v.

United States Department of Defense and
United States Agency for International
Development,

      Appellees

## <u>O R D E R</u>

Upon consideration of appellant's consent motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | December 4, 2023 (unchanged) |
| Appellant's Reply Brief | January 26, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk