**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Case No. 23-5085 |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| *et al.*, | * | |
| | * | |
| Appellees. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT**
**OF TIME WITHIN WHICH TO FILE REPLY BRIEF**

Appellant hereby requests a four-day extension of the deadline for filing his Reply Brief, until 30 January 2024. This Brief is due today, 26 January 2024. Appellees do not oppose this Motion.

Appellant requests this extension due to excusable neglect. This morning the undersigned was surprised by an unexpected development in a long-running matter involving a whistleblower client, which he has been required to devote most of his time today addressing with his client, Congress, and other interested parties. The situation is exacerbated by the fact that his child does not have school on Monday, and so he is accordingly requesting that he file this brief on Tuesday.

The undersigned sincerely apologizes for the last-minute nature of this request, but, as stated above, he had no indication prior to today that there would

be any developments in the matter, let alone a development which would require

urgent attention.

This is the second extension requested for this brief.

Date: January 26, 2024

Respectfully submitted,


 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing filing contains 283 words, and was

prepared in 14-point Times New Roman font using Microsoft Word 2016.


<u>/s/ Kelly B. McClanahan</u>
Kelly B. McClanahan, Esq.