# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5085**　　　　　　　　　　　　　　　　**September Term, 2023**

**1:22-cv-00478-TJK**

**Filed On: January 26, 2024** [2037736]

Mark Moyar,

　　　　Appellant

　　v.

United States Department of Defense and
United States Agency for International
Development,

　　　　Appellees

## O R D E R

　　Upon consideration of appellant's unopposed motion for enlargement of time to file the reply brief, it is

　　**ORDERED** that the motion be granted. Appellant's reply brief is now due January 30, 2024.

　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk