# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5085**                      **September Term, 2023**

**1:22-cv-00478-TJK**

**Filed On: February 1, 2024** [2038421]

Mark Moyar,

      Appellant

    v.

United States Department of Defense and
United States Agency for International
Development,

      Appellees

## O R D E R

Upon consideration of appellant's unopposed motion nunc pro tunc for extension of time to file the reply brief, and the lodged reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief submitted on January 31, 2024, is deemed timely filed.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                            BY:     /s/
                                               Michael C. McGrail
                                               Deputy Clerk