# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5085**                  **September Term, 2023**

**1:22-cv-00478-TJK**

**Filed On: February 28, 2024** [2042655]

Mark Moyar,

        Appellant

    v.

United States Department of Defense and
United States Agency for International
Development,

        Appellees

    **BEFORE:**    Millett, Katsas, and Childs, Circuit Judges

## O R D E R

    The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk