# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5085**　　　　　　　　　　　　　　　　**September Term, 2023**

1:22-cv-00478-TJK

Filed On: July 23, 2024 [2066082]

Mark Moyar,

  Appellant

 v.

United States Department of Defense and
United States Agency for International
Development,

  Appellees

## M A N D A T E

 In accordance with the judgment of May 31, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

             **FOR THE COURT:**
             Mark J. Langer, Clerk

           BY: /s/
             Daniel J. Reidy
             Deputy Clerk

Link to the judgment filed May 31, 2024